AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of Illinois on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:26-cv-11713 | DATE FILED<br>9/24/2026 | U.S. DISTRICT COURT<br>Northern District of Illinois |
|---|---|---|
| PLAINTIFF<br>Ralph J. McDonald | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | Q. Riddell | 9/25/2026 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

Print Save As... Reset

Case: 1:26-cv-11713 Document #: 1 Filed: 09/24/26 Page 2 of 11 PageID #:31

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-392**
**Effective Date of Registration:**
October 23, 2025
**Registration Decision Date:**
January 17, 2026

## Title

**Title of Work:** We're Ready

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** April 11, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Ralph J. McDonald
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ralph J. McDonald
175 Mockingbird Trail, Gallatin, TN, 37066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** October 23, 2025
**Applicant's Tracking Number:** RM2025102303



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-391**
**Effective Date of Registration:**
October 23, 2025
**Registration Decision Date:**
January 17, 2026

## Title

**Title of Work:** Forever Friends

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** February 02, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Ralph J. McDonald
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ralph J. McDonald
175 Mockingbird Trail, Gallatin, TN, 37066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** October 23, 2025
**Applicant's Tracking Number:** RM2025102301


JOIN DU

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-390**
**Effective Date of Registration:**
October 23, 2025
**Registration Decision Date:**
January 17, 2026

## Title

**Title of Work:** Got 'Em Dad

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** February 02, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Ralph J. McDonald
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ralph J. McDonald
175 Mockingbird Trail, Gallatin, TN, 37066, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** October 23, 2025
**Applicant's Tracking Number:** RM2025102302

