**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RALPH J. MCDONALD,

Plaintiff,

v.

taizhoushihongguanfushiyouxian,

Defendant.

Case No.: 1:26-cv-11713

Judge LaShondaA. Hunt

Magistrate Judge Keri L. Holleb Hotaling

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|---|---|
| 1 | taizhoushihongguanfushiyouxian |