**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ralph J. McDonald

Plaintiff,

v.

Case No.: 1:26−cv−11713
Honorable LaShonda A. Hunt

taizhoushihongguanfushiyouxian,, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of Plaintiff's amended complaint [14] [15], joinder issues are resolved but the Court is not satisfied that personal jurisdiction has been sufficiently alleged. The Court's prior order [13] directed Plaintiff to provide proof of actual sales in this district, but the amended complaint fails to do so. Accordingly, by 10/29/26, Plaintiff must file proof of actual sales in Illinois. Failure to do so will result in the current complaint being dismissed without prejudice and this case being closed. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.